```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16405
   CHARLOTTE DELANEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-2821

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/10/2007 and was not confirmed.

    The case was dismissed without confirmation 10/25/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID
--------------------------------------------------------------------------
AMC MORTGAGE SERVICES    NOTICE ONLY   NOT FILED              .00         .00
JUDICIAL SALES CORP      NOTICE ONLY   NOT FILED              .00         .00
OCWEN FEDERAL BANK       CURRENT MORTG       .00              .00         .00
OCWEN FEDERAL BANK       SECURED NOT I   4292.94              .00         .00
US BANK NA               NOTICE ONLY   NOT FILED              .00         .00
US BANK NA               NOTICE ONLY   NOT FILED              .00         .00
AMC MORTGAGE SERVICES    CURRENT MORTG       .00              .00         .00
AMC MORTGAGE SERVICES    SECURED NOT I  15614.43              .00         .00
AMC MORTGAGE SERVICES IN NOTICE ONLY   NOT FILED              .00         .00
PRO SE DEBTOR            DEBTOR ATTY         .00                          .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                         --------------       --------------
TOTALS                      .00                        .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 16405 CHARLOTTE DELANEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```